UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROSE DUSAN-SPECK,

                Plaintiff,

        v.                                      Civil No.3:13-cv-00358-AA

ST. CHARLES HEALTH SYSTEM, INC,
                Defendant.

## JUDGMENT

Due to the terms of the Order signed 3/23/2016, this case is closed.

Dated this 29 day of March 2016.

*/s/ Ann Aiken*
Ann Aiken
United States District Judge

**JUDGMENT**